# PHILLIPS & MILLMAN

ATTORNEYS AT LAW                                    THE FIRM CHOICE

NEW YORK OFFICE
148 SOUTH LIBERTY DRIVE
STONY POINT, NEW YORK 10980
845.947.1100
FACSIMILE
845.786.7207

NEW JERSEY OFFICE
346 GRAND AVENUE
ENGLEWOOD, NEW JERSEY 07631
201.894.1104
ALL CORRESPONDENCE TO NEW YORK

FRANK J. PHILLIPS +Λ
JEFFREY T. MILLMAN +* Λ
JEANNE M. HURLEY +
ANTHONY J. BRIGANDI +*
JOANNA M. CACCAVO+
BRANDON E. WILSON +

OF COUNSEL
+ FRANK J. LAPERCH
+Λ KELLY A. BURGOON
* JOSEPH A. RAIA
+ WARREN P. KOSSIN
+* ARMAND P. MELE

PARALEGAL
ISABEL ACEVEDO
MICHELLE TREBACH
+ MEMBER NY
* MEMBER NJ
Λ MEMBER CT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/03/2025

**MEMO ENDORSED**

January 10, 2025

The Hon. Nelson S. Roman
U.S.D.C for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   **Philip Leto and Christie Leto v. CSX Transportation, Inc.**
      **Case No. 7:24-CV-01609**

Dear Judge Roman:

I am writing regarding the conference schedule in the above-captioned matter.

The July 21, 2025 status conference was scheduled to occur after the close of discovery. However, as per the December 19, 2024 Civil Case Discovery Plan and Scheduling Order, the discovery deadline has been extended until September 1, 2025. Therefore, I respectfully request that the July 21, 2025 status conference be adjourned and rescheduled to a date subsequent to September 1, 2025.

Thank you for the Court's attention to this request.

**In light of an extension of the discovery deadlines, the Plaintiffs' request to reschedule the July 21, 2025 Status Teleconf. is GRANTED. The Status Teleconf. is rescheduled to Nov. 20, 2025 at 11:00 am. To access the Webex Teleconf.: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855; and (3) press pound # to enter the teleconf. Clerk of Court is requested to terminate the motion at ECF No. 35.**
**Dated: White Plains, NY**
**April 3, 2025**

Respectfully yours,

Jeffrey T. Millman

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

DMILLMAN.COM