UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

LETO, et al.,

                         Plaintiff(s),   **ADJOURNMENT ORDER**

   - against -

                                                24 Civ. 1609 (NSR)

CSX TRANSPORTATION, INC.,

                         Defendant(s).
--------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

The above case previously scheduled for a telephonic Status Conference on November 20, 2025 before the United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending anticipated motion practice. The Court may reschedule this conference after issuing its decision.

SO ORDERED.

Dated:   White Plains, NY
            November 19, 2025

_____
Hon. Nelson S. Román, U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2025