USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  **11/25/2025**

7:24-cv-01609 - NSR
Leto et al v. CSX Transportation, Inc.

<u>MEMORANDUM ENDORSEMENT</u>

On November 20, 2025, by way of a memorandum endorsement, the Court ordered Plaintiffs to respond to Defendant's pre-motion letter by November 25, 2025. The memorandum endorsement was docketed on ECF on November 24, 2025, effectively leaving Plaintiffs with one days' notice to respond. In light of this, and the Thanksgiving holiday this week, the Court extends Plaintiff's deadline to respond to Defendant's pre-motion letter to December 1, 2025.

Dated: November 25, 2025
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE