UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **2/12/2026**

-------------------------------------------------------------

LETO, ET AL.,

                      Plaintiffs,

                    - against -

CSX TRANSPORTATION, INC.,

                     Defendant.

-------------------------------------------------------------

**ORDER**

7:24-cv-01609 NSR

Nelson S. Román, District Court Judge:

    The Court having been informed by a faxed letter from Plaintiffs that the Parties have reached a settlement in principle (ECF No. 69), it is hereby

    ORDERED, that the above-entitled action be and hereby is discontinued, subject to reopening should the agreement not be consummated within forty-five (45) days of the date hereof. The Parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court. In the event that the Parties are unable to memorialize a written settlement agreement within 45 days, the Court will re-open the case.

    The briefing schedule previously set by the Court on December 1, 2025 (ECF No. 63) for Defendant's motion for summary judgment is vacated.

                      SO ORDERED.

Dated: February 12, 2026
White Plains, New York

                      Nelson S. Román
        United States District Court Judge, S.D.N.Y.